GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA WOOLRIDGE
Assistant U.S. Attorney
Arizona State Bar No. 022079
405 W. Congress St., Suite 4800
Tucson, AZ 85701-5040
Telephone: (520) 620-7300
Email: Angela.Woolridge@usdoj.gov
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR21-1936-TUC-JHC (BGM) |
| vs. | GOVERNMENT'S SENTENCING MEMORANDUM |
| Shawn Borromeo, | |
| Defendant. | |

Plaintiff, United States of America, by and through its attorneys undersigned, hereby files its Sentencing Memorandum for defendant Shawn Borromeo in the above-referenced case. Sentencing is currently set for September 27, 2022.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    FACTS AND PROCEDURAL HISTORY

Between February 20, 2021, and March 19, 2021, the defendant, Shawn Borromeo (hereinafter "the defendant"), purchased seventeen firearms from licensed firearms dealers in Tucson, Arizona.  The defendant spent over $9,000 on these firearms, fifteen of which were the same manufacturer.

On March 26, 2021, one week after the defendant's most recent firearm purchase, he only had two of these firearms in his possession.  The defendant had sold the other fifteen firearms, as well as at least fourteen additional firearms (for a total of at least thirty-one firearms) to other individuals.  The defendant bought and sold these firearms with the intent of making a profit, and he made between $4,000 and $5,000 in profits from his

firearm sales.  The defendant did not have a license to deal firearms, and knew he was required by law to have a license to buy and sell firearms for the intent of making a profit. The defendant devoted a significant amount of time and effort into repeatedly buying and selling firearms.

The defendant's electronic communications confirmed that he regularly and repeatedly bought firearms, offered firearms for sale to others, solicited customers for his firearm sales, and used his law enforcement discount (as a corrections officer with the Arizona Department of Corrections) to purchase firearms at a lower price in order to maximize his profits.  Bureau of Alcohol, Tobacco, Firearms and Explosives Industry Operations records confirmed that the defendant has never had a license to engage in the business of dealing firearms.

The defendant was charged by Indictment on August 11, 2021, with one count of Engaging in the Business of Dealing Firearms Without a License.  On May 26, 2022, the defendant pleaded guilty to the Indictment without a plea agreement.  Sentencing is set for September 26, 2022.

## II.     APPLICABLE GUIDELINE CALCULATIONS

The government agrees with the sentencing guideline calculations contained in the Draft Presentence Investigation Report. (Doc. 37.)  The base offense level is 12 pursuant to U.S.S.G. §2K2.1(a)(7) and six levels are added for number of firearms pursuant to §2K2.1(b)(1)(C).  After a three-level reduction for acceptance of responsibility pursuant to § 3E1.1(a) and (b), the final offense level is 15.  Together with the defendant's Criminal History Category of I, the advisory sentencing guideline range is 18 to 24 months imprisonment.

## III.    GOVERNMENT'S SENTENCING RECOMMENDATION

The government requests that this Court sentence the defendant to a term of no less than 18 months imprisonment, the bottom of the advisory guideline range.  The

government believes this sentence appropriately reflects the severity of the offenses and the individual characteristics of the defendant.

The defendant's offenses in this case involve a number of aggravating circumstances. His firearms dealing crime is very serious. He purchased dozens of firearms and resold them to other individuals without any verification of whether the buyers were prohibited from purchasing firearms. In fact, some of the individuals to whom the defendant sold firearms were in fact prohibited possessors. As the Probation Department notes in the Presentence Report, this unlawful conduct causes severe determinant to society. The defendant engaged in this conduct for his own financial gain, with the intent to make a profit through his unlawful firearms transactions. Furthermore, he abused his occupation as a corrections officer to obtain a discount when purchasing the firearms he intended to resell, allowing him to realize an even larger profit margin from his black market firearms dealing.

The defendant's lack of prior criminal history is reflected in his Criminal History Category of I; but for this, he would be facing a more lengthy sentencing range pursuant to the guidelines. Given the severity of the defendant's crime and the harm it has caused by introducing numerous firearms into our community without records or verification of the status of the purchasers, the government submits that a sentence of at least 18 months imprisonment, the bottom of the guideline range, is appropriate.

## IV.    CONCLUSION

For the reasons discussed, the government respectfully requests that this Court sentence the defendant to no less than 18 months imprisonment. The government submits that this sentence is appropriate and no greater than necessary based on the facts and circumstances of the offense and the individual characteristics of the defendant.

/ / /

Respectfully submitted this 19th day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Angela W. Woolridge*
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 19th day of September, 2022, to:

Benjamin Aguilera, Esq.
Attorney for Defendant Shawn Borromeo